IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : NO. 1:25-CR-96-MEM |
| | : |
| WAYLON WILCOX, | : |
| | : JUDGE MANNION |
| Defendant. | : |
| | : ELECTRONICALLY FILED |

**<u>DEFENDANT'S MOTION TO AUTHORIZE SUBPOENAS <i>DUCES TECUM</i></u>**

Defendant Waylon Wilcox, by and through his undersigned counsel, respectfully moves this Honorable Court to authorize subpoenas *duces tecum*. In support of this Motion, Defendant states the following:

1. March 28, 2025, Defendant Waylon Wilcox was charged by Information with two counts of 26 U.S.C. § 7206(1) – Making and Subscribing a False Individual Income Tax Return.

2. On March 6, 2025, the Defendant entered into a Plea Agreement with the prosecution in this case (ECF 3).

3. On April 9, 2025, the Defendant was arraigned and entered into a Guilty Plea (ECF 9).

4.A number of organizations possess records that are relevant, admissible, specific and important to demonstrating information relevant to the Defendant and sentencing factors under 18 U.S.C. §3553(a).

5.Defendant seeks the Court's authority to properly issue and serve subpoenas *duces tecum* pursuant to Fed. R. Crim. P. 17(c) upon the following entities: (1) Boiling Springs High School; and (2) Vitro Architectural Glass. (*See* corresponding Exhibits 1 and 2 attached collectively hereto.) The records sought are the Defendant's high school academic records and employment records. Previous efforts to obtain the records with releases were ignored. The documentation to be requested from these entities is relevant and admissible evidence, and the Defendant's requests are sufficiently specific. *United States v. Nixon*, 418 U.S. 683, 700 (1974).

6.Defendant asserts that the interests of a criminal defendant in an adversarial system of criminal justice demand the opportunity to develop all relevant facts. The ends of criminal justice would be defeated if judgments were to be founded on a partial or speculative presentation of the facts. Compulsory process is fundamental to a right to a fair trial. U.S. Const. amend. VI.

7. Rule 17(c) of the Federal Rules of Criminal Procedure fulfills the Constitutional mandate as follows: A subpoena may order the witness to produce any books, papers, documents, data or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before they are to be offered into evidence.

WHEREFORE, Defendant Waylon Wilcox respectfully requests this Court grant the Motion to Authorize Subpoenas *Duces Tecum* for the production of all requested records.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey

*Attorney for Defendant,*
*Waylon Wilcox*

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date: August 22, 2025

## **CERTIFICATE OF CONCURRENCE**

I, Patrick A. Casey, hereby certify that I have sought the concurrence of Assistant United States Attorney Joseph J. Terz, and he concurs in the Motion.

/s/ Patrick A. Casey
Patrick A. Casey

Date:  August 22, 2025

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Motion to Authorize Subpoenas *Duces Tecum* was served upon the following counsel of record via the Court's ECF system on this 22nd day of August 2025:

>Joseph J. Terz, Assistant U.S. Attorney
>U.S. Attorney's Office
>1501 N. 6th Street
>Harrisburg, PA 17102
>Joseph.Terz@usdoj.gov

>/s/ Patrick A. Casey
>Patrick A. Casey