# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | NO. 1:25-CR-96-MEM |
| | : | |
| **WAYLON WILCOX,** | : | |
| | : | JUDGE MANNION |
| **Defendant.** | : | |
| | : | **ELECTRONICALLY FILED** |

## ORDER

AND NOW, this _____ day of _____ 2025, upon consideration of Defendant Waylon Wilcox's Motion to Authorize Subpoenas *Duces Tecum*, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Defendant shall issue and serve subpoenas *duces tecum* pursuant to Fed. R. Crim. P. 17(c) upon the following entities: (1) Boiling Springs High School and (2) Vitro Architectural Glass.

                                                                                                 _____

                                                                                                                         J.