IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : NO. 1:25-CR-96-MEM |
| | : |
| WAYLON WILCOX, | : |
| | : JUDGE MANNION |
| Defendant. | : |
| | : ELECTRONICALLY FILED |

## ORDER

AND NOW, this 26th day of August 2025, upon consideration of Defendant Waylon Wilcox's Motion to Authorize Subpoenas *Duces Tecum*, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Defendant shall issue and serve subpoenas *duces tecum* pursuant to Fed. R. Crim. P. 17(c) upon the following entities: (1) Boiling Springs High School and (2) Vitro Architectural Glass.

_____ J.

FILED
SCRANTON

AUG 26 2025

PER ____JKC____
        DEPUTY CLERK